238

18861. Jones *et al. v.* Roberts Brothers Incorporated.

Broyles, C. J. 1. The excerpts from the charge of the court, complained of in the motion for a new trial, when considered in the light of the entire charge and the facts of the case, show no harmful error.
2. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided June 12, 1928.

*S. M. Mathews, Homer Beeland,* for plaintiffs.
*C. L. Shepard,* for defendant.

18864. Ashley *v.* The State.

Luke, J. The jury were warranted in concluding from the evidence that the defendant, without sufficient provocation, struck John Rowland hard enough with a heavy hoe to produce a fracture at the base of his skull. The evidence abundantly supports the verdict of assault and battery, and the court properly overruled the motion for a new trial, based solely upon the general grounds.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Decided June 12, 1928.

*E. L. Stephens, T. E. Hightower,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.

18865. Davis *v.* The State.

Bloodworth, J. 1. Under the facts of this case, and in the light of the entire charge of the court, the excerpts from the charge of which complaint is made in the motion for a new trial contain no error that requires the grant of a new trial.
2. There is ample evidence to support the verdict of guilty.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

Decided June 12, 1928.

*J. A. Merritt,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.